IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **NOAH BANK and EDWARD SHIN** | ) | |
| | ) | **Civil Action** |
| **Plaintiffs,** | ) | |
| v. | ) | **No. 18-1413-WB** |
| | ) | |
| **SUNDAY JOURNAL USA CORPORATION** | ) | |
| | ) | |
| **Defendant.** | ) | |

## CERTIFICATE OF SERVICE

I, David A. Cohen, do certify and say:

1. I am counsel for Plaintiffs Noah Bank and Edward Shin. in this matter.

2. I did on June 8, 2018, cause to be served a copy of Plaintiffs' Motion for Default Judgment, including the Motion, Memorandum in Support, Declaration of Edward Shin, Declaration of David Cohen and proposed Order to the following by United States Mail, prepaid First Class:

Sunday Journal USA Corporation
4201 Wilshire Blvd.
Suite 333
Los Angeles, CA 900010

J.S. Kim, Esq.
Law Firm of J. S. Kim & Associates
3600 Wilshire Blvd., Suite 914
Los Angeles, CA 90010

3.  I certify that the foregoing statements are true.  I am aware that if any of the statements herein are false, I am subject to punishment.

                                                                                          /s David A. Cohen
                                                                                            David A. Cohen