# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **NOAH BANK and EDWARD SHIN**   ) | |
| ) | **Civil Action** |
| **Plaintiffs,**   ) | |
| v.   ) | **No. 18-1413-WB** |
| ) | |
| **SUNDAY JOURNAL USA CORPORATION**   ) | |
| **And Y&L MEDIA, INC., d/b/a SUNDAY**   ) | |
| **JOURNAL USA,**   ) | |
| ) | |
| **Defendants.**   ) | |

## [PROPOSED] ORDER

AND NOW, this _____ day of _____, 2018, upon consideration of Plaintiffs' application for an order pursuant to California Corporation Code, §1702, and the declaration in support thereof;

The Court finds that process cannot be served in the State of California on the corporation named below with reasonable diligence.

IT IS ORDERED that service of process on Y & L Media, Inc., a California corporation, be made on the Secretary of State, or assistant or deputy thereof, pursuant to California Corporation Code § 1702.

Dated: _____                         _____
                                                                                United States District Judge

- 1 -