IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **NOAH BANK AND EDWARD SHIN,**<br>       **Plaintiffs,** | **CIVIL ACTION** |
| v. | |
| **SUNDAY JOURNAL USA**<br>**CORPORATION AND Y&L MEDIA, INC.,**<br>       **Defendants.** | **NO. 18-1413** |

# O R D E R

**AND NOW**, this 20th day of September, 2018, upon consideration of the Motion for Order Allowing Substituted Service of Process (ECF 18), **IT IS ORDERED** that said Motion is **DENIED**.

**IT IS FURTHER ORDERED** as follows:

1.      The First Motion to Dismiss Plaintiffs' Complaint Pursuant to FRCP, Rule 4(m) (ECF 19) is **DENIED;**

2.      The Motion to Dismiss Plaintiffs' First Amendment Complaint (ECF 22) is **DENIED WITHOUT PREJUDICE**.

                                                            **BY THE COURT:**

                                                            **/s/Wendy Beetlestone, J.**

                                                            _____
                                                            **WENDY BEETLESTONE, J.**