IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| NOAH BANK and EDWARD SHIN | Civil Action |
| Plaintiffs, | |
| v. | No. 18-1413-WB |
| SUNDAY JOURNAL USA CORPORATION And Y&L MEDIA, INC., d/b/a SUNDAY JOURNAL USA, | |
| Defendants. | |

## CERTIFICATE OF SERVICE

I, David A. Cohen, do certify and say:

1. I am counsel for Plaintiffs Noah Bank and Edward Shin in this matter.

2. I did on September 26, 2018, cause to be served Plaintiffs' Second Amended Complaint, and Exhibits A through H thereto, upon counsel for Defendants Sunday Journal USA Corporation and Y & L Media, Inc., Phillip R. Berwish, by U.S. Mail, First Class at the following address:

   Philip R. Berwish, Esq.
   Berwish Law
   41 University Drive, Suite 400
   Newtown, PA 18940

3. I certify that the foregoing statements are true. I am aware that if any of the statements herein are false, I am subject to punishment.

_David A. Cohen_

Dated: September 26, 2018