THE UNITED STATE DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| NOAH BANK, and <br> EDWARD SHIN <br> a/k/a EUNGSOO SHIN <br><br>       Plaintiffs <br><br> vs. <br><br> SUNDAY JOURNAL USA CORPORATION <br><br>       Defendant | Civil Action No. 18-01413-WB |

## CERTIFICATE OF SERVICE

    I, Philip R. Berwish, counsel for the Defendant, Sunday Journal USA Corporation, in the above entitled action, hereby certify under the pains and penalties of perjury that I have served a copy of the below listed pleading(s) upon the below listed parties and/or counsel of record in the instant action, by serving same via *E-MAIL*, and by filing a copy of the Certificate of Service with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing to the following

1]    DEFENDANTS' RESPONSES TO PLAINTIFFS' REQUEST FOR ADMISSION re: JURISDICTION

2]    CERTIFICATE OF SERVICE

via *e-mail* to:        davidacohen@rjbasil.com
                          David A. Cohen, Esq.
                          The Basil Law Group, PC
                          1270 Broadway - Suite 305
                          New York, NY 10001
                          *Counsel for the Plaintiffs*

DATE:   October 8, 2018              *Counsel for the Defendant*
                                                         _____/ s /_____
                                                           Philip R. Berwish, Esq.
                                                           Berwish Law
                                                           41 University Drive - Suite400
                                                           Newtown, PA 18940
                                                          PA Bar ID# 28563
                                                          Tel:     800 547 8717
                                                          Fax:    888 743 4723
                                                          Berwish@gmail.com