IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **NOAH BANK and EDWARD SHIN** ) | |
| ) | **Civil Action** |
| **Plaintiffs,** ) | |
| v. ) | **No. 18-1413-WB** |
| ) | |
| **SUNDAY JOURNAL USA CORPORATION** ) | |
| ) | |
| **Defendant.** ) | |

**[PROPOSED] ORDER DENYING DEFENDANTS' MOTION
TO DISMISS OR, IN THE ALERNATIVE TO TRANSFER**

AND NOW, this _____ day of _____, 2018, upon consideration of Defendants Sunday Journal USA Corp. and Y & L Media, Inc.'s motion to dismiss, and Plaintiffs' response thereto, for the reasons set forth in Plaintiffs' memorandum, the Court concludes that it should deny Defendants' motion, and therefore, it is hereby ORDERED, ADJUDGED and DECREED:

1. The Motion of Defendants to dismiss the Second Amended Complaint is DENIED;

   OR

2. In the alternative; in lieu of dismissing Plaintiffs' case, this case is hereby transferred to the United States District Court for the Central District of California.

Dated: _____        _____
                                     United States District Judge