IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **NOAH BANK AND EDWARD SHIN,**<br>**Plaintiffs,**<br><br>v.<br><br>**SUNDAY JOURNAL USA CORPORATION AND Y&L MEDIA, INC.,**<br>**Defendants.** | **CIVIL ACTION**<br><br><br><br>**NO. 18-1413** |

### O R D E R

**AND NOW**, this 17th day of December, 2018, upon consideration of Defendants' Third Motion to Dismiss for Lack of Personal Jurisdiction and Failure to State a Claim (ECF No. 32), Plaintiffs' response thereto, opposing dismissal and arguing in the alternative for transfer (ECF No. 33), and Defendants' reply (ECF No. 34), **IT IS ORDERED** that the Motion is **GRANTED IN PART AND DENIED IN PART**. The portion of the Motion seeking dismissal for lack of personal jurisdiction is **GRANTED**. The remainder of the Motion seeking dismissal for failure to state a claim is **DENIED WITHOUT PREJUDICE**.

**IT IS FURTHER ORDERED** that this action shall be **TRANSFERRED** in its entirety to the United States District Court for the Central District of California.

The Clerk of Court is directed to **TRANSFER** the matter accordingly.

**BY THE COURT:**

**/s/Wendy Beetlestone, J.**

_____

**WENDY BEETLESTONE, J.**